**FILED**
February 17, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>                        Plaintiff,              )<br>v.                                                          )<br>                                                              )<br>YURIY KALTAKCHI,                        )<br>                                                              )<br>                        Defendant.         ) | CASE NUMBER: 2:12-cr-00048 KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Yuriy Kaltakchi</u>; Case <u>2:12-cr-00048 KJM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_\_\_  Release on Personal Recognizance

_\_\_  Bail Posted in the Sum of _____

_X_  Unsecured Appearance Bond in the amount of $50,000.00

_\_\_  Appearance Bond with 10% Deposit

_\_\_  Appearance Bond secured by Real Property

_\_\_  Corporate Surety Bail Bond

_X_  (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at  <u>Sacramento, CA</u>  on  <u>2/17/2012</u>  at  2:35 pm.

By  _____
Kendall J. Newman
United States Magistrate Judge